UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 3/12/20

IRIS E. CASTANEDA,

            Plaintiff,

        v.

MARRIOT INTERNATIONAL, INC. *et al.*,

            Defendants.

No. 19-CV-725 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

According to the Final Report of Mediator #4 filed on the docket, the court-ordered

mediation in this case was held but unsuccessful in resolving any issue. No later than March 19,

2020, the parties shall jointly file a letter updating the Court as to the status of this case.

SO ORDERED.

Dated:     March 12, 2020
            New York, New York

Ronnie Abrams
United States District Judge