UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS E. CASTANEDA,

                Plaintiff,

          v.

MARRIOT INTERNATIONAL, INC. *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-28-20

19-CV-725 (RA)

ORDER

RONNIE ABRAMS, United States District Judge: *et al.*

      On March 20, 2020, the parties jointly filed a letter indicating that Plaintiff may file a motion for leave to amend the complaint by April 3, 2020, which Defendants did not anticipate opposing, and that Defendants would serve and file their Answer thereafter, within the time permitted under the Federal Rules of Civil Procedure. To date, no further submissions have been filed by either party. Accordingly, no later than May 6, 2020, the parties shall jointly file a letter updating the Court as to the status of this case.

SO ORDERED.

Dated:    April 28, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge