UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-29-20
```

IRIS E. CASTANEDA,

                Plaintiff,

                v.

MARRIOT INTERNATIONAL, INC. *et al.*,

                Defendants.

19-CV-725 (RA)

ORDER

RONNIE ABRAMS, United States District Judge: *et al.*

    No later than July 13, 2020, the parties shall jointly submit to the Court a proposed case management plan and scheduling order. A template is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The proposed case management plan and scheduling order should be filed electronically on ECF, consistent with the Court's Electronic Case Filing Rules & Instructions, which were updated on April 1, 2020, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:    June 29, 2020
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge