USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-16-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS E. CASTANEDA,

                Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., et al.,

                Defendant.

19-CV-725 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       The Court is in receipt of the parties' joint letter of November 13, 2020. *See* Dkt. 54. Plaintiff's request for an extension of the fact discovery deadline to January 22, 2021 is granted. No further extensions will be granted absent good cause.

       In light of this extension, the post-discovery conference scheduled for Friday, November 20, 2020 at 11:30 a.m. is hereby adjourned to Friday, January 29, 2021 at 2:00 p.m. The conference will be held by telephone. The parties shall use the dial-in information provided below to call into the conference:

       Call-in Number:       (888) 363-4749

       Access Code:         1015508

       No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:      November 16, 2020
               New York, New York

                                                   Ronnie Abrams
                                                   United States District Judge