USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRIS E. CASTANEDA,

                Plaintiff,

        v.

MARRIOTT INTERNATIONAL, INC., ET AL.,

                Defendants.

No. 19-CV-725 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    In view of the fact that a settlement conference before Judge Gorenstein has been scheduled for next month, the post-discovery conference scheduled for Friday, April 23, 2021 is hereby adjourned *sine die*. Within one week of the settlement conference, the parties shall update the Court on the status of the case. If the parties do not succeed in resolving this action, the Court will reschedule the post-discovery conference and set a briefing schedule for Defendants' motion for summary judgment.

SO ORDERED.

Dated:    April 22, 2021
              New York, New York

                                                Ronnie Abrams
                                                United States District Judge