USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRIS E. CASTANEDA,

        Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., ET AL.,

        Defendants.

No. 19-CV-725 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On May 25, 2021, the Court noted that the parties had reached a settlement and discontinued the action without prejudice to its being restored to the Court's docket if an application to restore the action was made within thirty days. No such application having been made, the Clerk of Court is now respectfully directed to close this case.

SO ORDERED.

Dated:    June 25, 2021
          New York, New York

                                          Ronnie Abrams
                                          United States District Judge